**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-60682-KMM**

CHRISTIAN ALEXANDRE, a foreign individual,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

    _____ /

**<u>NOTIFICATION OF NINETY DAYS EXPIRING</u>**

Defendant, JPMorgan Chase Bank, N.A. ("Chase"), through undersigned counsel, pursuant to S.D. Fla. Local Rule 7.1(b)(4), respectfully notifies the Court that the Motion to Dismiss Plaintiff's Amended Complaint (the "Defendant's' Motion") has been pending and is fully briefed with no hearing set thereon for a period of more than ninety (90) days. No hearing on the Defendant's Motion has been set or held and below is a list of all the pertinent filings:

| Docket No. | Title | Date of Service and Filing |
|---|---|---|
| ECF No. 15 | Defendant's Motion to Dismiss Amended Complaint with Prejudice | May 26, 2023 |
| ECF No. 16 | Response to JP Morgan Chase Bank, N.A.'s Motion to Dismiss Amended Complaint | June 9, 2023 |
| ECF No. 17 | Defendant's Reply in Support of Its Motion to Dismiss Amended Complaint with Prejudice | June 16, 2023 |

1

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO.: 23-cv-60682-KMM

        Respectfully submitted:



Attorneys for *Defendant*
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5194
Fax: (305) 372-2738

By:   /s/ *Antonio Hernandez, Jr.*
       José A. Ortiz, Esq.
       Email: jortiz@homerbonner.com
       Florida Bar No.: 182321
       Antonio M. Hernandez, Jr., Esq.
       Email: ahernandez@homerbonner.com
       Florida Bar No.: 117756

2

HomeR BonneR Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com